UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-00331-01-MCE |
| Plaintiff, | |
| v. | **RELATED CASE ORDER** |
| SOPHIA M. ROSES, | |
| Defendant. / | |
| UNITED STATES OF AMIERCA, | No. 2:12-cv-00333-01-LKK |
| Plaintiff, | |
| v. | |
| SOPHIA M. ROSES, | |
| Defendant. / | |

Examination of the above-entitled criminal actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).

///

///

1

1  The actions involve many of the same defendants and are based on
2  the same or similar claims, the same property transaction or
3  event, similar questions of fact and the same questions of law,
4  and would therefore entail a substantial duplication of labor if
5  heard by different judges.  Accordingly, the assignment of the
6  matters to the same judge is likely to effect a substantial
7  savings of judicial effort and is also likely to be convenient
8  for the parties.
9       The parties should be aware that relating the cases under
10 Local Rule 123 merely has the result that both actions are
11 assigned to the same judge; no consolidation of the action is
12 effected.  Under the regular practice of this court, related
13 cases are generally assigned to the district judge and magistrate
14 judge to whom the first filed action was assigned.
15      IT IS THEREFORE ORDERED that the action denominated
16 2:12-cr-00333-01-LKK, United States of America v. Sophia Roses,
17 is reassigned to Chief Judge Morrison C. England, Jr.  for all
18 further proceedings, and any dates currently set in this
19 reassigned case only is hereby VACATED.  Henceforth, the caption
20 on documents filed in the reassigned case shall be shown as
21 2:12-cr-00333-01-MCE.
22      IT IS FURTHER ORDERED that the Clerk of the Court make
23 appropriate adjustment in the assignment of criminal cases to
24 compensate for this reassignment.
25      IT IS SO ORDERED.
26 Dated: November 13, 2012

                                  _____
                                  MORRISON C. ENGLAND, JR.
                                  UNITED STATES DISTRICT JUDGE