William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for SOPHIA ROSES

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 12-CR-331/333 MCE |
| ) | |
| Plaintiff, ) | |
| ) | **SEALING ORDER** |
| v. ) | |
| ) | |
| SOPHIA ROSES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

In accordance with Defendant's request, the document entitled "Defendant's Response To Probation's Supervised Release Violation And Dispositional Memorandum" shall be filed under seal pursuant to Federal Rule of Criminal Procedure 49.1(d) and Local Rule 141.

IT IS SO ORDERED.

DATED: June 4, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1