ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
SOPHIA ROSES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:12-cr-00331-MCE |
| ) | 2:12-cr-00333-MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | TO CONTINUE ADMIT/DENY HEARING |
| ) | |
| SOPHIA ROSES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION**

   Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Christiaan Highsmith, and defendant, Sophia Roses, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for admit/deny hearing, January 15, 2015 at 9:00 a.m., in the above-captioned matter, and to continue the admit/deny hearing to February 19, 2015 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

   The reason for this request is that Ms. Radekin needs additional time to conduct investigation and to obtain records that may reveal mitigating facts for use in negotiations regarding appropriate disposition in this case and at sentencing. The Court is advised that Mr. Highsmith concurs with this

Stipulation and Order - 1

request and has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: January 12, 2015                    BENJAMIN WAGNER
                                           United States Attorney

                                    By:    /s/ Christiaan Highsmith
                                           Christiaan Highsmith
                                           Assistant United States Attorney

Dated: January 12, 2015                    /s/ Erin J. Radekin
                                           ERIN J. RADEKIN
                                           Attorney for Defendant
                                           SOPHIA ROSES

ORDER

For the reasons set forth in the accompanying stipulation, the admit/deny hearing date of January 15, 2015 is VACATED and the above-captioned matter is set for admit/deny hearing on February 19, 2015 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  January 13, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT