```
ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
SOPHIA ROSES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-cr-00331-MCE |
| | ) | 2:12-cr-00333-MCE |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | TO CONTINUE ADMIT/DENY HEARING |
| | ) | |
| SOPHIA ROSES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Christiaan Highsmith, and defendant, Sophia Roses, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for admit/deny hearing March 26, 2015 at 9:00 a.m., in the above-captioned matter, and to continue the admit/deny hearing to May 14, 2015 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that Ms. Radekin needs additional time to complete investigation that may produce evidence for use as mitigation at sentencing or in negotiations.  The Court is advised that Mr. Highsmith concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

Stipulation and Order - 1

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: March 23, 2015                    BENJAMIN WAGNER
                                         United States Attorney

                                   By:   /s/ Christiaan Highsmith
                                         Christiaan Highsmith
                                         Assistant United States Attorney

Dated: March 23, 2015                    /s/ Erin J. Radekin
                                         ERIN J. RADEKIN
                                         Attorney for Defendant
                                         SOPHIA ROSES

ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the admit/deny hearing date of March 26, 2015 is VACATED and the above-captioned matter is set for admit/deny hearing on May 14, 2015 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  March 26, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT