```
ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
SOPHIA ROSES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-cr-00331-MCE |
| | ) | 2:12-cr-00333-MCE |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | TO CONTINUE JUDGMENT AND |
| | ) | SENTENCING |
| | ) | |
| SOPHIA ROSES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Christiaan Highsmith, and defendant, Sophia Roses, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for judgment and sentencing, June 18, 2015 at 9:00 a.m., in the above-captioned matter, and to continue judgment and sentencing to July 30, 2015 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that the defense needs additional time to prepare for sentencing. Dr. Rahn Minagawa has completed his evaluation and report. M.E. Greenberg, the defense's investigator, has completed her investigation; however, she needs additional time to complete her report. She

Stipulation and Order - 1

estimates she needs two weeks to complete this task. Thereafter, Ms. Radekin will need time to review the report and prepare a sentencing memorandum. Ms. Roses does not object to a continuance for these reasons. The probation officer in this matter, Vladimir Pajcin, is available on the date requested. The Court is advised that Mr. Highsmith concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: June 15, 2015                       BENJAMIN WAGNER
                                           United States Attorney

                                      By:  /s/ Christiaan Highsmith
                                           Christiaan Highsmith
                                           Assistant United States Attorney


Dated: June 15, 2015                        /s/ Erin J. Radekin
                                           ERIN J. RADEKIN
                                           Attorney for Defendant
                                           SOPHIA ROSES

ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the date set for judgment and sentencing, June 18, 2015, is VACATED and the above-captioned matter is set for judgment and sentencing on July 30, 2015.

IT IS SO ORDERED.

Dated:  June 17, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT