ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
SOPHIA ROSES

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-CR-00331-MCE |
| | ) | 2:12-CR-00333-MCE |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **REQUEST TO FILE UNDER SEAL;** |
| | ) | **ORDER** |
| | ) | |
| SOPHIA ROSES. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Local Rule 141(b), Defendant, SOPHIA ROSES, by and through her counsel, Erin J. Radekin, respectfully requests an Order sealing the defendant's sentencing memorandum and the exhibits attached thereto, to wit, Exhibit A, Confidential Psychological Report by Rahn Y. Minagawa Ph.D.; Exhibit B, Social History by Greenberg & Associates Investigative Services; Exhibit C, Letter from Turning Point of Central California, Inc. dated April 5, 2013; and Exhibit D, case information for case number 13F07168.  The sentencing

Request to File Under Seal; Order  - 1

memorandum and attached exhibits contain sensitive and confidential information concerning Ms. Roses' psychiatric, psychological and medical history.

The Court may order documents to be filed under seal. While the press and the public have a presumed right of access to court proceedings and documents under the first amendment, this presumed right is not absolute. *See Press-Enterprise Co. v. Superior Court*, 464 U.S. 501, 50-9-510 (1985). It can be overcome based on findings that closure is essential to preserve higher values and is narrowly tailored to serve that interest. *Id.* at p. 510. From the Court's perspective, the controlling interest is to be articulated with findings specific enough that a reviewing court can determine whether the closure order was properly entered. *Ibid.*

Here, the defense seeks to file the sentencing memorandum and supporting exhibits under seal to protect the private psychiatric, psychological and medical information pertaining to Ms. Roses included in such documents.

Dated: July 27, 2015                                    Respectfully submitted,

                                                       /s/ Erin J. Radekin
                                                      ERIN J. RADEKIN
                                                      Attorney for Defendant
                                                      SOPHIA ROSES

//

### ORDER

Pursuant to Local Rule 141(b), and based upon the representation contained in defendant's Request to File Under Seal, IT IS SO FOUND AND ORDERED THAT, defendant's sentencing memorandum and all exhibits attached thereto shall be sealed until further order of this Court.

IT IS SO ORDERED.

Dated: July 29, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT